Case 4:21-cv-03249 Document 36 Filed on 09/26/22 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN JEFFRIES | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 21-3249 |
| | § | |
| GREGORY W. ABBOTT, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendants' Motions to Dismiss (Doc. Nos. 12-1, 13-1); responses (Doc. Nos. 15, 16, 24); replies (Doc. Nos. 17, 25, 26); Plaintiff's Motion for Joinder (Doc. No. 30) and Motion for Action to Join Parties (Doc. No. 33); and Judge Sheldon's Memorandum and Recommendation (Doc. No. 35) that the Court grant the Defendants Motions to Dismiss (Doc. No. 35) . None of the parties has filed objections to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that all claims against Defendants Abbott and Paxton be dismissed, and further that Plaintiff's Section 1983 claims should be dismissed. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 25) is hereby **ADOPTED**. Defendants' Motions to Dismiss (Doc. Nos. 12-1, 13-2) are **GRANTED**. It is further

**ORDERED** that Plaintiff's Motion for Joinder (Doc. No. 30) and Motion for Action to Join Parties (Doc. No. 33) are **DENIED**.

SIGNED at Houston, Texas, this 26th day of September 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE